# LAW OFFICE OF RYAN S. GOLDSTEIN, PLLC

---

| | |
|---|---|
| **1084 MORRIS PARK AVENUE,** | **TELEPHONE: 718.239.0239** |
| **SECOND FLOOR** | **FACSIMILE: 718.239.0237** |
| **BRONX, NEW YORK 10461** | **EMAIL:RYAN@RYANGOLDSTEINLAW.COM** |
| ***WE ALSO HAVE OFFICES IN MANHATTAN** | ***ALSO ADMITTED IN CT.** |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/04/2019
```

December 4, 2019

<u>**Via ECF**</u>
Honorable Valerie E. Caproni
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007



**MEMO ENDORSED**

    Re:   **Alexander Creque v. John Beatty, Jr.**
           **Docket Number: 19-cv-09492-VEC**

Dear Honorable Justice Caproni:

Please be advised that this office is requesting that the Initial Conference, which is currently scheduled to be held on **Friday, December 6, 2019 at 10:00 a.m.**, be adjourned to **January 10, 2020 at 10:00 a.m.** due to the fact that the Defendant has not yet appeared in this case.

                                      Respectfully submitted,

                                      Ryan S. Goldstein (RG 5231)

RSG/vg

CC:

Samantha Pullman, Esquire (via email transmission only)

The status conference currently scheduled for December 6, 2019, is adjourned to **January 10, 2020, at 10:00 A.M.** The parties' joint pre-conference submissions, as set forth in this Court's Notice of Initial Pretrial Conference, Dkt. 4, shall be due on or before **January 2, 2020**. At the conference, Plaintiff's counsel should be prepared to discuss why this action should not be transferred to the Eastern District of Pennsylvania.

Defendant's time to answer or otherwise respond to the Complaint is extended from December 3, 2019, Dkt. 7, until **December 27, 2019**.

Counsel for Defendant, whether that is Ms. Pullman or another attorney, must file a notice of appearance as soon as possible. If no notice of appearance or answer is filed by **December 27, 2019**, Plaintiff may be instructed to seek a default judgment.

Plaintiff's counsel is responsible for serving a copy of this Order on Defendant and providing a copy to Ms. Pullman. No later than **December 6, 2019**, Plaintiff's counsel must file a letter certifying that this Order has been distributed to both recipients.

SO ORDERED.  Date: 12/04/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE