CY GOLDBERG ◦+*^
LORI C. MILLER ◦+
JASON W. RUBIN ◦+*
EAMON C. MERRIGAN ◦+
RICHARD M. CASTAGNA ◦+*
MATTHEW A. MORONEY ◦+*
CLAIRE B. NEIGER ◦+ ^
JOSEPH W. PETKA ◦
WARREN D. HOLLAND ◦+*
DANA M. KOOS *
HARLAN SCHREIBER *
ROBERT P. STEIN ◦+
JEFFREY E. TENTHOFF ◦+
JILLIAN VUKSON ◦
MARIE CORONEL +
CRAIG CHANEY +
BRIAN MCGOVERN ◦
LAUREN B. GLYNN ◦
DANIEL M. BROWN +*
JESSICA SMERIGLIO ◦+
STEVEN KIM +
TYSON MOTT ◦+
MATTHEW LAVOIE *
THOMAS GIARDINA ◦+

◦+ BRANDON EVANGELIST
+* SAMANTHA PULLMAN
◦ KEVIN CARTER
◦ ALEXANDRA BARSLEY
* THOMAS HOLMGREN
◦ BRANDON R. COHEN
◦+ ERIK NEIMAN
◦ JESSICA A. KELLER
* EMANUELA PEPAJ
◦* TIMOTHY BISHOP
* GARRETT RIGBY
◦+ RYAN E. MCSHERRY
◦ JENNA JANKOWSKI
◦ SABRINA PETERMAN
◦* NATHANIEL COSTA
* TARA GUTMAN
+* LANDRISE FELIX
* ANNA DEIANA
+ DIANA HERNANDEZ
+ ANTONIO ARTHURS
◦ CASSAUNDRA SAYLOR
◦ GARRETT FIELD
◦+ ZACHARY MARSHALL

**GMR**

GOLDBERG, MILLER & RUBIN

60 E. 42ND STREET, SUITE 520, NEW YORK, NY 10165
PH 646.863.1531 | FAX 929.214.4181 | WWW.GMRLAWFIRM.COM

January 8, 2020

**Via Electronic Case Filing**
The Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/08/2020

      Re:    Creque, Alexander v. John Beatty Jr.
            Docket No.: 1:19-cv-09492-VEC
            Our File No.: SF.10786

**MEMO ENDORSED**

Dear Honorable Judge Caproni,

    My office represents Defendant, John Beatty Jr., in the above-referenced matter. Please be advised that there is an initial conference currently scheduled in this case for Friday, January 10, 2020. After discussing this matter with Plaintiff's counsel, Ryan Goldstein, we are jointly requesting that the conference be adjourned. We are requesting an adjournment at this time due to the pending Motion to Dismiss that was filed by Defendant on January 2, 2020. Although a joint letter and proposed case management plan was to be submitted by January 2, 2020, due to the pending motion the parties do not wish to enter into a discovery schedule until a decision on the motion is made. Therefore, we are respectfully requesting an adjournment of the initial conference until after the pending motion is either fully submitted or decided by this Court.

    All of the above has been discussed between counsel and this letter is being submitted jointly between all parties.

    Thank you for your time and attention to this matter.

                            Very truly yours,
                            *Samantha Pullman*
                            SAMANTHA PULLMAN, ESQ.

cc: Law Office of Ryan S. Goldstein, PLLC (via ECF)

The initial conference is adjourned pending further order. Although it appears that the parties have had some discussion about the pending motion, the parties are advised to carefully consider whether a transfer to the Eastern District of Pennsylvania, via mutual consent, makes more sense than the expenditure of further resources on Defendant's motion. To the extent that the parties reach an agreement, they must promptly inform the Court to conserve judicial resources.

SO ORDERED.        Date: 01/08/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE